UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                  **ORDER**
       v.                                          13-CR-100-A(Sr)

PAUL F. ARCHAMBAULT,

                            Defendant.

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings.  Defendant Paul F. Archambault filed a motion to suppress physical evidence (Dkt. No. 12) on January 15, 2014.  The Government filed its objections to the defendant's motion (Dkt. No. 14) and oral argument was heard on February 12, 2014.   Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 17) on May 13, 2014 recommending that defendant's motion to suppress physical evidence (Dkt. No. 12) be denied.

Following a number of requests for extensions of time, defendant's objections were due to be filed on November 14, 2014.  No objections were filed, and this Court considered the matter submitted at that time.

 It is hereby

**ORDERED**, after this Court's review, and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant Archambault's motion to suppress physical evidence is denied.  The Report and Recommendation, Dkt. No. 17,

is therefore adopted in its entirety.

The parties shall appear for a status conference/meeting to set a trial date on December 11, 2014 at 9:00 am.

**IT IS SO ORDERED.**

                                                                        *Richard J. Arcara*
                                                                        HONORABLE RICHARD J. ARCARA
                                                                        UNITED STATES DISTRICT COURT

Dated:   December 9, 2014